## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 5th day of September, 2003,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

831 A.2d 452

**STATE of Maryland**

v.

**Scott Timothy MURPHY.**

**No. 3, Sept. Term, 2003.**

Court of Appeals of Maryland.

Sept. 5, 2003.

Sarah Page Pritzlaff, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of MD, on brief), Baltimore, for Petitioner.

Geraldine K. Sweeney, Asst. Public Defender (Stephen E. Harris, Public Defender, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and BATTAGLIA, JJ.

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 5th day of September, 2003,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

831 A.2d 453

STATE of Maryland,

v.

**Shirley R. BROOKINS, Steven P. Martin, and Rashida S. Hogg.**

**No. 19, Sept. Term, 2003.**

Court of Appeals of Maryland.

Sept. 4, 2003.

Thomas M. McDonough, Sr. Asst. State Prosecutor (Stephen Montanarelli, State Prosecutor, Towson); Robert A. Zarnoch, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of Maryland, Robert N. McDonald and Kathryn M. Rowe, Asst. Attys. Gen., Annapolis), all on brief, for appellant.

Larry Allen Nathans (Booth M. Ripke of Bennett & Nathans, LLP, Baltimore), on brief, for appellees.

Deborah A. Jeon, Baltimore, Arthur B. Spitzer, Washington, DC, brief of The American Civil Liberties Union of the National Capital Area and The American Civil Liberties Union